IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AVION LAWSON,

    Plaintiff,

v.                                                                    CASE NO. 4:13-cv-672-WS-GRJ

WAKULLA CI ANNEX,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* Complaint and motion for leave to proceed as a pauper. Docs. 1, 2. Plaintiff did not file his Complaint on the civil rights complaint form and failed to file a Prisoner Consent and Financial Certificate. Accordingly, the Court ordered Plaintiff to file an Amended Complaint and IFP documents on or before March 20, 2014. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed. Doc. 6. Plaintiff failed to comply and the Court ordered him to show cause on or before April 23, 2014, as to why this case should not be dismissed for failure to comply with an order of the Court and failure to prosecute. Doc. 7. As of this date, Plaintiff has failed to respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 6th day of May 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.